# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOHN C. GIBSON, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-09-0036 |
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al., | § |
| Defendants. | § |

## ORDER

Service of this action, filed on January 7, 2009, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In accordance with this rule, it is ORDERED that plaintiff file proof that he has effected service no later than May 15, 2009. Failure to do so may lead to dismissal of this action without prejudice. The initial pretrial and scheduling conference set for April 24, 2009 is canceled. The conference will be reset, if appropriate, once service has been effected.

SIGNED on April 20, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge